■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES RANDOLPH, Appellant.

In view of the favorable probation report, the fact that the defendant has been steadily employed and has no previous record, and his being under the influence of liquor at the time of the occurrence, we reduce the period of incarceration. Concur — Murphy, P. J., Kupferman, Carro and Kassal, JJ.